APRIL 21, 1977

FERDA v MAXWELL. (Docket No. 58127.) The second motion by defendant-appellee James Maxwell for reconsideration of this Court's order of July 28, 1976 (397 Mich 834), is considered and it is denied, because it does not appear that the issue raised by the motion should be considered by the Court at this time. *Cummings, McClorey, Davis & Acho, P. C.,* for plaintiffs-appellants. *Selby, Dickinson, Pike, Mourad & Brandt* for defendant-appellee James Maxwell. Case below, Court of Appeals No. 24524, order of August 19, 1975.

PEOPLE v BERNIS JENKINS. (Docket No. 58809.) Request for appointment of counsel granted April 21, 1977. Defendant shall file with St. Joseph Circuit Court an affidavit concerning his present financial status (see guidelines at 387 Mich xxxi). The prosecutor shall be furnished a copy of the financial affidavit and may challenge defendant's asserted indigency within 20 days after receiving the affidavit. The challenge, if brought, shall be resolved at a hearing before St. Joseph Circuit Court at which the prosecution, defendant, and counsel for defendant shall appear personally to aid the court's inquiry. St. Joseph Circuit Court, upon a finding of indigency, shall appoint counsel for defendant and shall furnish any portion of the record counsel may require. Bernis Chester Jenkins, *in propria persona,* appellant. Reported below: 70 Mich App 234.

PEOPLE v MITCHELL THOMAS. (Docket No. 58929.) Request for appointment of counsel granted April 21, 1977. Defendant shall file with Recorder's Court an affidavit concerning his present financial status (see guidelines at 387 Mich xxxi). The prosecutor shall be furnished a copy of the financial affidavit and may challenge defendant's asserted indigency within 20 days after receiving the affidavit. The challenge, if brought, shall be resolved at a hearing before Recorder's Court at which the prosecution, defendant, and counsel for defendant shall appear personally to aid the court's inquiry. Recorder's Court, upon a finding of indigency, shall appoint counsel for defendant and shall furnish any portion of the record counsel may require. Mitchell Albert Thomas, *in propria persona,* appellant. Case below, Court of Appeals No. 21541, per curiam opinion of August 9, 1976.